UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ANNA ELIZABETH PIRES,<br><br>        Plaintiff,<br><br>   v.<br><br>CHOICEPOINT SERVICES INC. and CHOICEPOINT INC.<br><br>        Defendants. | Civil Action No. 07-03112 |

**STIPULATION AND NOTICE OF VOLUNTARY**
**DISMISSAL WITH PREJUDICE**

Plaintiff Anna Elizabeth Pires and Defendants ChoicePoint Inc. and ChoicePoint Services Inc., by and through their respective counsel, hereby stipulate and agree pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure that the above-captioned action be and hereby is dismissed with prejudice.  The parties shall bear their own costs.

Dated:  March 19, 2010                         FRANCIS & MAILMAN, P.C.


                                                By:  /s John Soumilas
                                                          John Soumilas

John Soumilas
FRANCIS & MAILMAN, P.C.
Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, Pennsylvania  19110
Telephone:  215.735.8600
Facsimile:  215.940.8000

Attorneys for Plaintiff

Dated: March 19, 2010

TAYLOR ENGLISH DUMA LLP
MORRISON & FOERSTER LLP

By: /s Corey N. Cutter
    Corey N. Cutter

Corey N. Cutter (Georgia Bar No. 209905)
TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle, Suite 400
Atlanta, Georgia  30339
Telephone:  770.434.6868
Facsimile:  770.434.7376

James F. McCabe (*Pro Hac Vice*)
James R. McGuire (*Pro Hac Vice*)
425 Market Street
MORRISON & FOERSTER LLP
San Francisco, California  94105
Telephone:  415.268.7000
Facsimile:  415.268.7522

Attorneys for Defendants